# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00190-CV

**Rosalind Isaac, Appellant**

**v.**

**Midfirst Bank, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY
### NO. 14-0056-CC4, HONORABLE JOHN MCMASTER, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant Rosalind Isaac seeks to appeal the trial court's judgment in a forcible-detainer suit. *See* Tex. Prop. Code § 24.002. On October 14, 2014, Isaac filed a pro se brief. The brief, which appears to be a copy of a pleading in some other unidentified case, wholly fails to comply with the briefing requirements of Rule 38 of the Texas Rules of Appellate Procedure. *See* Tex. R. App. P. 38.1. For example, the brief does not (1) contain any statement of facts, (2) articulate any issues or points to be decided, or (3) present any argument or cite to authorities. As a result, we cannot discern what question of law, if any, we have been asked by Isaac to answer. *See Bolling v. Farmers Branch Indep. Sch. Dist.*, 315 S.W.3d 893, 896 (Tex. App.—Dallas 2010, no pet.).

Accordingly, Isaac is ordered to file an amended brief complying with the formal and substantive rules of appellate procedure on or before December 4, 2014. If Isaac fails to comply with this order, this Court may strike appellant's brief and dismiss this appeal. *See* Tex. R. App. P. 38.9.

It is so ordered this 5th day of November, 2014.

Before Justices Puryear, Pemberton, and Field